IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH HENRY, #07912**                                        **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO.  1:10cv245-HSO-JMR**

**HANCOCK COUNTY, MS OFFICIAL, et al.**          **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that Plaintiff's habeas claims are dismissed without prejudice and his claims against Defendants Judge Terry; John Doe, District Attorney; Richard Joel Smith, Assistant District Attorney; and Bay St. Louis Police Department; are hereby dismissed with prejudice. Plaintiff's claim that he was falsely imprisoned from 1991 to 1995 is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i), and will therfore count as a "Strike" pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 2nd day of March, 2011.

                                                   *s/ Halil Suleyman Ozerden*
                                                   HALIL SULEYMAN OZERDEN
                                                    UNITED STATES DISTRICT JUDGE